IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| FAMILY CHILD CARE, LLC, | ) | CASE NO. 17-80334-CRJ-11 |
| EIN: XX-3729266 | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |

## MOTION TO SELL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES
### (BUSES)

COMES NOW Family Child Care, LLC ("Debtor" or "Debtor-in-Possession"), as debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, pursuant to §§ 105(a), and 363 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and moves this Court to enter an order authorizing Debtor to sell certain assets free and clear of liens and other interests except as otherwise stated herein. In support of this Motion, Debtor states as follows:

### JURISDICTION AND VENUE

1. On February 3, 2017 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Debtor continues to operate and manage its assets as a debtor-in-possession pursuant to §§ 1107(a) and 1108.

2. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of Debtor's Chapter 11 case and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are Bankruptcy Code §§ 105(a) and 363(b).

3. There is no Trustee appointed in this case.

4.     Debtor proposes to sell all of the estate's rights, titles, and interest in the assets described herein to Joel Kennamer.

5.     Debtor proposes to sell the estate's interests described herein free and clear of any and all mortgages, liens, interests and/or other encumbrances as set forth herein.

**IF YOU CLAIM A LIEN ON OR INTEREST IN ANY OF THE PROPERTY AND IT IS NOT SET FORTH HEREIN YOU SHOULD IMMEDIATELY MAKE SUCH LIEN OR INTEREST KNOWN TO DEBTOR AND THE COURT.   THE PROPOSED SALE MAY AFFECT YOUR RIGHTS UNDER TITLE 11 UNITED STATES CODE SECTION 363.**

6.     There are no known liens, mortgages, or other interest in the property sought to be sold, however, Debtor reserves the right to contest the validity, priority, and extent of any claim, lien or other interest if, any exist.

**PROPOSED SALE OF ASSETS**

7.     Debtor owns a 2008 Chevy Bus, bearing VIN 1GBHG31C681114085, and a 2008 Chevy Bus, bearing VIN 1GBGH31C981171851 (hereinafter collectively referred to as the "Assets") which the Debtor seeks to sell.  The Assets currently sit on the Debtor's property at 124 Plaza Boulevard, Madison, Alabama 35758.  Joel Kennamer, who is a third party unrelated to the Debtor, seeks to take possession of the Assets as soon as possible.

8.     The proposed sale of the Assets will be by private sale on the Debtor's property where the Assets now sit.  The combined sale price is $16,000.00.  Debtor sets forth that the sale price represents the fair market value of the Assets.  The sale is "as-is", and "where-is", without warranty of any kind.  The Assets are not subject to any known liens, mortgages or other interest.

2

## LEGAL AUTHORITY

9.      Section 363(b)(1) of the Bankruptcy Code provides that a debtor in possession, "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1).  A debtor-in-possession is given these rights by § 1107(a) of the Bankruptcy Code and § 105(a) provides that bankruptcy courts "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

10.     Debtor has determined, in its sound business judgment, that proceeding with the sale as requested in this Motion is in the best interests of the estate and its creditors. "[T]he proper standard to use when considering a proposed motion to sell is the business judgment test. [It is this standard which has been adopted by the vast majority of courts." *In re Diplomat Const., Inc.,* 481 B.R. 215, 218-219 (Bankr. N.D.Ga. 2012) (MGD) (citations omitted); *In re ASARCO*, L.L.C., 650 F.3d 593, 601 (5th Cir. 2011) ("Section 363 of the Bankruptcy Code addresses the debtor's use of property of the estate and incorporates a business judgment standard.").  Sound business judgment exists in support of the sale, in that the sale will liquidate an unused asset, which would be expensive to move from its current location.  The proposed sale will generate cash for use in the estate, and should not hamper Debtor's ability to operate going forward. The Assets identified herein is not necessary for Debtor's effective reorganization.  Thus, this Court should grant the relief requested in this Motion if Debtor demonstrates a sound business justification therefor.

11.     Debtor's sale of the Assets satisfies the requirements of Section 363(f) of the Bankruptcy Code to sell the assets free and clear of all liens, claims, interests, and encumbrances. Section 363(f) states:

(f)     The trustee may sell property under subsection (b) or (c) of this section free

and clear of any interest in such property of an entity other than the estate, only if:

3

(1) applicable non-bankruptcy law permits sale of such property free and clear of such interest;

(2) such entity consents;

(3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

(4) such interest is in bona fide dispute; or

(5) such entity could be compelled, in a legal or equitable proceeding, to accept money satisfaction of such interest.

12.     Because section 363(f) of the Bankruptcy Code is phrased in the disjunctive, when proceeding pursuant to Section 363(b), it is only necessary to meet one of the five conditions of Section 363(f). With respect to any other entity asserting a lien, claim, or encumbrance against the Assets, Debtor anticipates that it will be able to satisfy one or more of the conditions set forth in Section 363(f) of the Bankruptcy Code.  Any entity holding a lien on the Assets will receive notice of this Motion, and such entity will be deemed to consent if it does not object.  *See Hargrave v. Township of Pemberton (In re Tabone, Inc.)*, 175 B.R. 855, 858 (Bankr. D.N.J. 1994) (failure to object to sale free and clear of liens, claims and encumbrances satisfies section 363(f)(2)); *Citicorp Homeowners Serv., Inc. v. Elliot (In re Ellio*t), 94 B.R. 343, 345 (E.D. Pa. 1988) (same).  The sale proposed herein meets at least one of the 363(f) requirements.

## RELIEF REQUESTED

The proposed sale qualifies under Bankruptcy Code Sections 363(f)(1) and (2); accordingly, Debtor moves the Court as follows:

A.     To order a hearing on this matter;

B.     Upon such hearing, to approve the proposed sale and grant Debtor the authority to sell and convey the Assets identified herein; and to execute any instrument necessary by order of the Court, or otherwise, to effect the transfer to a purchaser, pursuant to Fed. R. Bankr. P. 6004(f)(2);

4

C.     To approve the sale free and clear of all liens and interests, and should it appear that there are parties claiming an interest in the Assets to be sold, to approve and confirm the sale nevertheless, and to order Debtor to hold the consideration paid on the date of the sale until the dispute can be resolved; and

D.     To grant such other, further and different relief as may be proper in the premises to effect the sale of the said property.

## NOTICE OF SALE

Bankruptcy Rule 2002(a) and (c) requires Debtor to notify all creditors of the proposed sale of the Assets identified herein.  Service of this Motion shall be provided by U.S. Mail to the **creditor matrix** and to all parties who have registered as a participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama pursuant to Fed. R. Bankr. P. 9036.

/s/ Stuart M. Maples
STUART M. MAPLES

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

5

## CERTIFICATE OF SERVICE

I do hereby certify that on October 4, 2017, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

Richard Blythe
Bankruptcy Administrator
P.O. Box 3045
Decatur, Alabama 35602
richard_blythe@alnba.uscourts.gov

All parties requesting notice

I do hereby certify that on October 4, 2017, a copy of the foregoing document was served on the following by mailing a copy of the same United States Mail, properly addressed and first-class postage prepaid.

All creditors on the matrix attached hereto

/s/ *Stuart M. Maples*
STUART M. MAPLES

6

Label Matrix for local noticing
1126-8
Case 17-80334-CRJ11
NORTHERN DISTRICT OF ALABAMA
Decatur
Wed Oct  4 12:48:05 CDT 2017

FNB Bank
Balch & Bingham LLP
c/o Jesse S. Vogtle, Jr.
Post Office Box 306
Birmingham, AL 35201-0306

FNB Bank
Balch & Bingham LLP
c/o Jonathan Grayson
PO Box 306
Birmingham, AL 35201-0306

FNB Bank
Balch & Bingham LLP
c/o M. Lee Johnsey Jr
Post Office Box 306
Birmingham, AL 35201-0306

Family Child Care, LLC
124 Plaza Blvd.
Madison, AL 35758-1160

Foundation Group LLC
c/o Andrew S. Muller
475 Park Ave South 18th Floor
New York, NY 10016-6901

Primrose School Franchising Company
DLA Piper, LLC
c/o Mark J. Friedman
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

U. S. Bankruptcy Court
400 Well Street
P. O. Box 2775
Decatur, AL 35602-2775

*Alabama Department of Revenue
PO Box 327483
Montgomery, AL 36132-7483

*CanCapital
2015 Vaughn Rd. NW
Kennesaw, GA 30144-7801

*First National Bank
402 S. Broad St.
Scottsboro, AL 35768-1742

*Fundation Group, LLC
11501 Sunset Hills Rd., Ste 100
Reston, VA 20190-6700

*Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

*North Alabama Bank
PO Box 669
Hazel Green, AL 35750-0669

*Primrose School Franchising Company
3660 Cedarcrest Rd.
Acworth, GA 30101-8765

*ServisFirst
PO Box 84070
Columbus, GA 31908-4070

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Andrew S Muller
475 Park Ave South 18th Floor
New York, New York 10016-6901

Can Capital Asset Servicing, Inc.
2015 Vaughn Road, Building 500
Kennesaw, GA 30144-7831

Canon Copier
14904 Collections Center Dr.
Chicago, IL 60693-0149

Canon Financial Services, Inc.
Howard N. Sobel, P.A.
507 Kresson Road
Voorhees, NJ 08043-9564

Child Care Facility, LLC
c/o Troy Ponder
132 Potters Wheel
Madison, Alabama 35758-8356

FNB Bank
c/o Jonathan R. Grayson
Balch & Bingham LLP
1901 Sixth Ave N, Suite 1500
Birmingham, AL 35203-4642

Fundation Group LLC
c/o Andrew S. Muller, Esq.
Platzer, Swergold, et al.
475 Park Avenue South, 18th Floor
New York, NY 10016-6901

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Joyce White Vance
US Attorney General
1801 4th Ave North
Birmingham, AL 35203-2101

Loretta Lynch US Attorney General
US Dept. of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Luther Strange
Alabama Attorney General
PO Box 300152
Montgomery, AL 36130-0152

Paul M. Lindgren, CPA
Seaman, Shinkunas & Lindgren, P.C.
109B Jefferson Street
Huntsville, AL 35801-4813

Secretary of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220-0001

State of Alabama
Department of Revenue Legal Division
PO Box 320001
Montgomery, AL 36132-0001

The Lioce Group
2950 Drake Ave SW
Huntsville, AL 35805-5124

Troy Ponder
132 Potters Wheel
Madison, AL 35758-8356

U.S. Securities and Exchange Commission
Regional Director, Branch of Reorganizat
Atlanta Regional Office, Suite 900
950 East Paces Ferry Road
Atlanta, GA 30326-1180

United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203-2101

United States Bankruptcy Administrator
Northern District of Alabama
1800 Fifth Avenue North
Birmingham, AL 35203-2111

Insolvency Section Internal Revenue Service
801 Broadway
MDP 146, Room 285
Nashville, TN 37203-3816

Mary Ena Heath
Maples Law Firm, PC
200 Clinton Avenue West
Suite 1000
Huntsville, AL 35801-4919

Richard M Blythe
United States Bankruptcy Administrator
PO Box 3045
Decatur, AL 35602-3045

Stuart M Maples
Maples Law Firm
200 Clinton Ave. West, Ste. 1000
Huntsville, AL 35801-4919

Stuart M Maples
Maples Law Firm, PC
200 Clinton Avenue W.
Suite 1000
Huntsville, AL 35801-4919

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

*US Bank
PO Box 790408
Saint Louis, MO 63179

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fundation Group, LLC

(u)North Alabama Bank

End of Label Matrix
Mailable recipients    40
Bypassed recipients     2
Total                  42